FRANK J. TUITE *v.* ROSELLE E. TUITE

The motion by the defendant for leave to correct the record in the appeal from a judge of the Superior Court sitting in Hartford County is denied.

*Henry T. Istas,* in support of the motion.

Submitted March 20—decided March 26, 1963

STATE OF CONNECTICUT *v.* HAROLD BASSETT

The motion by the state to dismiss the appeal from the Superior Court in Fairfield County is denied.

*John F. McGowan,* assistant state's attorney, for the appellee (state).

*Thomas B. Coughlin,* for the appellant (defendant).

Argued April 2—decided April 2, 1963

STATE OF CONNECTICUT *v.* JOHN CARTA

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Harry Hammer,* in support of the petition.

*James D. Mirabile,* assistant prosecuting attorney, in opposition.